IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEIDA HUKMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-0742 |
| | : | |
| COMMUNICATION WORKER OF | : | |
| AMERICA, et al. | : | |

## ORDER

AND NOW, this 23rd day of August, 2017, upon consideration of Defendants Communications Workers of America, Edward Mooney, and Deborah Schmitz Weischedel's Second Motion to Dismiss, and pro se Plaintiff Sheida Hukman's response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is ORDERED the Motion (Document 18) is GRANTED. Hukman's Amended Complaint (Document 16) is DISMISSED with prejudice.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.